PASTOR CARRERAS BIASCOCHEA, recurrente, *v.* EL REGISTRADOR DE LA PROPIEDAD DE MAYAGÜEZ, recurrido.

No. 854.—*Sometido:* Noviembre 2, 1931. *Resuelto:* Diciembre 8, 1931

*Ildefonso Freyre,* abogado del recurrente; el registrador recurrido no compareció.

EL JUEZ ASOCIADO SEÑOR WOLF, emitió la opinión del tribunal.

El artículo 91 del Código de Enjuiciamiento Civil dispone:

"Cuando en una acción que afecte al título o al derecho de posesión de una propiedad inmueble, el demandante al tiempo de presentar la demanda, y el demandado al tiempo de presentar la contestación o en cualquier tiempo después, pidieren se declare que lo que se reclama es suyo, podrán presentar para su anotación al registrador del distrito en que radicare la propiedad o parte de ella un aviso de la cuestión litigiosa pendiente, el cual contendrá los nombres

y apellidos de las partes, el objeto de la demanda o contestación, y la descripción de la propiedad en litigio. Sólo desde el día de la presentación del aviso para ser anotado se considerará que el comprador o la persona que adquiera un gravamen sobre la propiedad litigiosa, tiene conocimiento, para los efectos legales, de la acción pendiente contra las partes designadas por sus nombres verdaderos."

Bajo este artículo, el registrador está obligado a anotar en sus libros la pendencia de un pleito aun cuando la propiedad que se trate de recuperar, o afectada, no esté inscrita. Según indica el recurrente, no cabe distinguir el caso de los de embargo. *Sobrinos de Villamil* v. *Registrador,* 32 D.P.R. 545; *Armstrong* v. *Registrador,* 34 D.P.R. 267.

Después de publicarse la opinión que antecede, hallamos que la misma cuestión fué resuelta en forma similar en el caso de *Zapata* v. *El Registrador de San Juan,* 40 D.P.R. 564.

*La nota recurrida debe ser revocada y se ordena la anotación.*